# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN
# GREEN BAY DIVISION

| | |
|---|---|
| ROBERT WAYNE NASH, <br><br> Plaintiff, <br> v. <br><br> CREDITOR'S COLLECTION SERVICES, INC., <br><br> Defendant. | Case No. 1:17-cv-00470-WCG <br><br> Honorable Judge William C. Griesbach |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, ROBERT WAYNE NASH, and the Defendant, CREDITOR'S COLLECTION SERVICES, INC., through their respective counsel that the above-captioned action is dismissed, with prejudice, against CREDITOR'S COLLECTION SERVICES, INC., pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: February 16, 2018                              Respectfully Submitted,

**ROBERT WAYNE NASH**                **CREDTOR'S COLLECTION SERVICES, INC.**

/s/ Nathan C. Volheim                                /s/ David M. McDorman (*with consent*)
Nathan C. Volheim                                     David M. McDorman
*Counsel for Plaintiff*                               *Counsel for Defendant*
Sulaiman Law Group, LTD                               2923 Marketplace Drive, Suite 100
2500 S. Highland Avenue, Suite 200                    Madison, WI 53719
Lombard, Illinois 60148                               Phone: (608) 271-2202
Phone: (630) 575-8181                                 Fax: (608) 271-4009
Fax :(630) 575-8188                                   david@mcdormanlaw.com
nvolheim@sulaimanlaw.com